UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROCKEFELLER BROTHERS FUND,
ROCKEFELLER FAMILY FUND, INC. and
MICHAEL NORTHROP,

                Movants,

-against-

EXXON MOBIL CORPORATION,

                Respondent

---

EXXON MOBIL CORPORATION,

                Plaintiff,

-against-

ERIC TRADD SCHNEIDERMAN, Attorney
General of New York, in his official capacity,
and MAURA TRACY HEALEY, Attorney
General of Massachusetts, in her official
capacity,

                Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 16, 2016

No. 1:16-mc-00455-P1

No. 4:16-CV-469-K in the United
States District Court for the Northern
District of Texas

## STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO QUASH

WHEREAS, Exxon Mobil Corporation ("Exxon Mobil") commenced an action in the Northern District of Texas captioned *Exxon Mobil Corp. v. Schneiderman*, No. 4:16-CV-469-K (N.D. Tex.) (the "Texas Action");

WHEREAS, in connection with the Texas Action, Exxon Mobil issued subpoenas for documents (the "Subpoenas") to non-parties Rockefeller Brothers Fund, Rockefeller Family Fund, Inc. (together, the "Funds"), and Michael Northrop on November 9, 2016;

WHEREAS, the Funds and Mr. Northrop served objections and responses to the Subpoenas on November 23, 2016;

WHEREAS, the Funds and Mr. Northrop filed a motion to quash the Subpoenas in this Court on December 9, 2016, ECF Nos. 1-6 (the "Motion to Quash");

1

9384829v.2

WHEREAS, on December 15, 2016, an order was issued in the Texas Action staying of all discovery pending further order from that Court (the "Discovery Stay");

IT IS HEREBY STIPULATED AND AGREED, by and among the Funds, Mr. Northrop, and Exxon Mobil, through their respective counsel, that proceedings related to the Motion to Quash are stayed while the Discovery Stay or any discovery stay that may be ordered by the United States Court of Appeals for the Fifth Circuit remains in effect;

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be signed in counterparts, and scanned or facsimile signatures of this Stipulation shall have the same force and effect as original signatures.

Dated: New York, New York
       December 16, 2016

PATTERSON BELKNAP WEBB &
TYLER LLP

By: _____
    Harry Sandick
    Stephanie Teplin
    1133 Avenue of the Americas
    New York, NY 10036-6710
    Tel.: (212) 336-2723
    Fax: (212) 336-1215
    hsandick@pbwt.com
    steplin@pbwt.com
    *Attorneys for the Rockefeller Brothers
    Fund, Rockefeller Family Fund, and
    Michael Northrop*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP

By: _____
    Theodore V. Wells, Jr.
    Michele Hirshman
    Daniel J. Toal
    Justin Anderson
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel.: (212) 373-3000
    Fax: (212) 757-3990
    twells@paulweiss.com
    mhirshman@paulweiss.com
    dtoal@paulweiss.com
    janderson@paulweiss.com
    *Attorneys for Exxon Mobil Corporation*

SO ORDERED:

SIGNED this 16th day of December, 2016

_____
**KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SITTING IN PART I**